WB

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA CONYERS MATTHEWS,<br>Plaintiff, | CIVIL ACTION |
| v. | |
| CAROLYN W. COLVIN,<br>Defendant. | NO. 15-4717 |

FILED
AUG 2 0 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this 20th day of August, 2015, in accordance with the procedure for the random assignment of social security cases, Local Rule 72.1, and 28 U.S.C. § 636(b)(1)(B), **IT IS ORDERED** that the above-captioned case is referred to United States Magistrate Judge Marilyn Heffley for a report and recommendation.

**IT IS FURTHER ORDERED** that, counsel should comply with the Court's Procedural Order dated August 20, 2015,[1] and that a report and recommendation should be prepared upon completion of the schedule set forth in that Procedural Order.

ENTERED
AUG 2 0 2015
CLERK OF COURT

BY THE COURT:

_____
WENDY BEETLESTONE, J.

---

[1] Any requests for continuances of dates in the Court's Procedural Order should be directed to Judge Wendy Beetlestone.